UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| NICOLE B. SOJAT, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:13-CV-270-TAV-CCS |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge C. Clifford Shirley, Jr., on July 3, 2014 [Doc. 21]. In the R&R, Magistrate Judge Shirley recommended that plaintiff's Motion for Judgment on the Pleadings [Doc. 11] be granted in part and denied in part and defendant's Motion for Summary Judgment [Doc. 17] be denied. Further, Magistrate Judge Shirley recommended that this case be remanded to the Commissioner for further proceedings consistent with the R&R. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the matter, the Court is in agreement with Magistrate Judge Shirley's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, plaintiff's Motion for Judgment on the Pleadings [Doc. 11] is **GRANTED in part** and **DENIED in part**. Defendant's Motion for Summary Judgment

[Doc. 17] is **DENIED**.  This case is hereby **REMANDED** to the Commissioner for further proceedings consistent with the R&R.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE